**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Chunhua Li, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   1:26-cv-04472 |
| | ) | |
| v. | ) | Judge Joan H. Lefkow |
| | ) | |
| The Partnerships and | ) | Magistrate Judge Heather K. |
| Unincorporated Associations | ) | McShain |
| Identified on Schedule "A", | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY AND SERVICE OF PROCESS BY E-MAIL AND/OR ELECTRONIC PUBLICATION**

Plaintiff, Chunhua Li ("Plaintiff") filed *Ex Parte* Motion for Entry of an Order for leave to conduct Expedited Discovery and Motion for Service of Process by Email and/or Electronic Publication (collectively, "Motions") against the fully interactive, ecommerce store operating by Defendants identified in Schedule A to the Complaint and attached hereto ("Defendants") and using at least the online marketplace account identified in Schedule A (the "Defendant Internet Stores"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion as follows.

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over the Defendants because each of Defendant directly targets its business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating at least one ecommerce store that

targets United States consumers using at least one seller alias, offers shipping to the United States, including Illinois, and has sold products using infringing versions of Plaintiff's federally registered trademark, No. 6,261,932 (the "Plaintiff's Mark") to residents of Illinois. This Court also finds that issuing this Order without notice pursuant to Rule 26(d)(1) of the Federal Rules of Civil Procedure is appropriate because Plaintiff has presented specific facts in support of the Motion clearly showing that Plaintiff will be otherwise unable to properly serve Defendants without the requested leave. Specifically, an *ex parte* Order for discovery of Defendants' financial accounts and email addresses is necessary so that Defendants can be served with notice to conserve judicial resources and proceed to the merits of this case. Accordingly, this Court orders that:

1. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for the Defendants, or in connection with the Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon.com, Inc. ("Amazon") (the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

   a. the identities and locations of Defendants, its officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. Defendants' financial accounts, including operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Defendant Internet Stores and Defendants' financial accounts, including Defendants' sales and listing history related to the Defendant Internet Stores; and

c. any financial accounts owned or controlled by Defendants, including its officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

2. Plaintiff may provide notice of the proceedings in this case to Defendants, including notice of this order and any hearings, and service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website or by sending an e-mail with a link to said website to the e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "**ZHANGJY-US** and all other Defendants identified in the Complaint." The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from payment

processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford Defendants the opportunity to present its objections.


DATE:   May 11, 2026

_____
Joan H. Lefkow
United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Chunhua Li, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  1:26-cv-04472 |
| | ) | |
| v. | ) | Judge Joan H. Lefkow |
| | ) | |
| The Partnerships and | ) | Magistrate Judge Heather K. |
| Unincorporated Associations | ) | McShain |
| Identified on Schedule "A", | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

# Schedule A

## Defendant Online Marketplaces

| No. | Seller ID | Name / Seller Alias | ASIN |
|---|---|---|---|
| 1 | https://www.amazon.com/sp?ie=UTF8&seller=A10KDW9MT95ZEZ | ZHANGJY-US | B0FKGVV9GC |
| 2 | https://www.amazon.com/sp?ie=UTF8&seller=A30NN4IJ63ND6D | zhangyanansdw | B0DMPH848G |
| 3 | https://www.amazon.com/sp?ie=UTF8&seller=A6OIHDZVPIZOV | zhencaishop | B0FPGHPFDC |
| 4 | https://www.amazon.com/sp?ie=UTF8&seller=A2QJK754UEILE8 | ZhiDongHua | B0FT7Y4DR5 |
| 5 | https://www.amazon.com/sp?ie=UTF8&seller=A2WIUKG4JQNEFX | ZhiHuiJianKangYan | B0F6783RLF |
| 6 | https://www.amazon.com/sp?ie=UTF8&seller=A359NV1YD447T6 | zhisuxingvtt | B0GJZTB1KL |
| 7 | https://www.amazon.com/sp?ie=UTF8&seller=A3SELHIB0XHRQQ | Zhonghong Times | B0FH4V9YQR |
| 8 | https://www.amazon.com/sp?ie=UTF8&seller=A2TUQTS8I0W0DD | zhongshanshilijiedianqiyouxiangongsi | B0GD6943VY |
| 9 | https://www.amazon.com/sp?ie=UTF8&seller=A1IJXL6DTDBI7H | zhoukoujingxiaoshangmao | B0GHG93CMF |
| 10 | https://www.amazon.com/sp?ie=UTF8&seller=AD57DLEY6X5CZ | ZhouKouShiYingLiShangMaoYouXianGongSi | B0G363X5WX |

| | | | |
|---|---|---|---|
| 11 | https://www.amazon.com/sp?ie=UTF8&seller=APK4SHFIBZIF | ZhouXingQiMao | B0FT7RYP29 |
| 12 | https://www.amazon.com/sp?ie=UTF8&seller=A8IL13PFGHO3C | ZHOUyang | B0F66NGZ7P |
| 13 | https://www.amazon.com/sp?ie=UTF8&seller=A2OC4FT3P017VO | zhumadiantaihewenhuachuanmeiyouxiangongsi | B0GRMJFG84 |
| 14 | https://www.amazon.com/sp?ie=UTF8&seller=A1TZE1FXVM1ESU | zhuwangjinjingpin | B0FXGCJGMS |
| 15 | https://www.amazon.com/sp?ie=UTF8&seller=A3C047VKFDN3M4 | zichanbang-us ⭐⭐⭐⭐⭐ | B0DX62F2MD |
| 16 | https://www.amazon.com/sp?ie=UTF8&seller=A15ZKOHGJ990ZA | ZXghjfgt | B0FJ7GCQ7D |
| 17 | https://www.amazon.com/sp?ie=UTF8&seller=A3PMWEQFB8O5MH | ZXNLZX-US | B0FBS4M76Y |
| 18 | https://www.amazon.com/sp?ie=UTF8&seller=A1LQ97UM68YVGN | 淑芳木业 | B0GHMNXG3N |
| 19 | https://www.amazon.com/sp?ie=UTF8&seller=A3SOGRLELNYQAO | 溪晟精品店 | B0DN34W95R |
| 20 | https://www.amazon.com/sp?ie=UTF8&seller=A387836P5V7DAI | 言心翼 | B0DRCSJYVY |
| 21 | https://www.amazon.com/sp?ie=UTF8&seller=A383S238OX11M2 | ★★★★★★WL | B0G3WWMSL8 |
| 22 | https://www.amazon.com/sp?ie=UTF8&seller=A1CGL0BEQE2ATV | AMITAYUS | B08BG5GJCC |
| 23 | https://www.amazon.com/sp?ie=UTF8&seller=ARMEDTXVPKUUD | azxc | B0FFB73G86 |
| 24 | https://www.amazon.com/sp?ie=UTF8&seller=A17CV3V2EY0MCE | babidi | B0F87FSKR1 |
| 25 | https://www.amazon.com/sp?ie=UTF8&seller=A2V1Y64A3Y14F | BaiQiao1LuYu | B0FGJ58385 |
| 26 | https://www.amazon.com/sp?ie=UTF8&seller=APS708164F4HG | Beijing Tengfengtaixiang Trading Co., Ltd. | B0DML7JRXQ |
| 27 | https://www.amazon.com/sp?ie=UTF8&seller=A1Q9N34E4ASI61 | belief21 | B0CDSKZVGQ |
| 28 | https://www.amazon.com/sp?ie=UTF8&seller=A2394ZPYA46PCO | bijuguoshangmao | B0D5V7BGGY |
| 29 | https://www.amazon.com/sp?ie=UTF8&seller=A2Y6N5RCAMV4FL | boweiwenhua6BOWEI | B0FQ2S1L8H |
| 30 | https://www.amazon.com/sp?ie=UTF8&seller=A270VQ4BER8HA6 | Bright jade | B0FJ1XVCWN |
| 31 | https://www.amazon.com/sp?ie=UTF8&seller=A1TND6OEWH6RFG | Cartoon Fashion Cabin | B0CJYJ3ZQG |
| 3 | https://www.amazon.com/sp?ie=UT | CCQ International Trade Co., Limited | B0G1M |

| | | |
|---|---|---|
| 2 | F8&seller=A32PL7A5AD63IW | D5TRC |
| 3 3 | https://www.amazon.com/sp?ie=UTF8&seller=A344TM0CVXJHXQ | ChangXinYuanGongCheng-US(Fast Delivery 7-14 Days) | B0FB9D4GGS |
| 3 4 | https://www.amazon.com/sp?ie=UTF8&seller=A1Y5ISYU6TKJ66 | chenzihaoSSX | B0G2BKTFJL |
| 3 5 | https://www.amazon.com/sp?ie=UTF8&seller=A2KP55DQFXGZ5 | CHUNZHIYIWANGLUOKEJIYOUXIANGONGSI | B0F6J4W1B4 |
| 3 6 | https://www.amazon.com/sp?ie=UTF8&seller=AF6M4L7L4KOE6 | C-Printer Accessories | B0DMFCCL5L |
| 3 7 | https://www.amazon.com/sp?ie=UTF8&seller=A2L8ASV1VN7WSC | Cute BloxBag Shop | B0D9BKTYWR |
| 3 8 | https://www.amazon.com/sp?ie=UTF8&seller=A3CJAXJES35FY5 | daCoTm | B0FQ5T4S2Y |
| 3 9 | https://www.amazon.com/sp?ie=UTF8&seller=ASV80WSG1HJBJ | DEWHXSJ | B0FFB44BFN |
| 4 0 | https://www.amazon.com/sp?ie=UTF8&seller=A3L5V34I8X2WKZ | DITUO LLC | B0GP6LT875 |
| 4 1 | https://www.amazon.com/sp?ie=UTF8&seller=A312CX4K3EPKNI | Dog Is Human-US | B0G1YKVKRW |
| 4 2 | https://www.amazon.com/sp?ie=UTF8&seller=AB6Z20QBLV0W3 | donglianaSHOP | B0F9376VD2 |
| 4 3 | https://www.amazon.com/sp?ie=UTF8&seller=A1TOTVZ7S29OQG | duoduohao | B0FPDHW8ZB |
| 4 4 | https://www.amazon.com/sp?ie=UTF8&seller=A1831MBKVB80JP | Electronic direct store | B0DN551KSZ |
| 4 5 | https://www.amazon.com/sp?ie=UTF8&seller=A36BYPFXNI5UVR | Emberite. | B0FHQ7PZJM |
| 4 6 | https://www.amazon.com/sp?ie=UTF8&seller=AHJ60V8BVWWA0 | EPVGWRUY | B0F6CSTZWQ |
| 4 7 | https://www.amazon.com/sp?ie=UTF8&seller=APEA06CJK7MVX | fgryfgyw | B0FQ2RQ6Q4 |
| 4 8 | https://www.amazon.com/sp?ie=UTF8&seller=ANAL0LCMRE0L1 | FIRSTROAD | B0DKP1HV7Q |
| 4 9 | https://www.amazon.com/sp?ie=UTF8&seller=AUEHHDM8UMX6G | flerise | B0GHX8RR3D |
| 5 0 | https://www.amazon.com/sp?ie=UTF8&seller=A1UYXDFYVFUDF1 | Floating store | B09STDKD5W |
| 5 1 | https://www.amazon.com/sp?ie=UTF8&seller=A3N2R9YWY6DNFU | Franklz | B0C2Q5SSHD |
| 5 2 | https://www.amazon.com/sp?ie=UTF8&seller=A3UPFXH12Y8EY3 | Free Views KK | B0CX4WW3QQ |

| | | |
|---|---|---|
| 53 | https://www.amazon.com/sp?ie=UTF8&seller=A3ICUHQJPMCOH7 | fubinjingpindian | B0FYVXB3KZ |
| 54 | https://www.amazon.com/sp?ie=UTF8&seller=ALDQ6L235K8D2 | Fulvuse ⭐⭐⭐⭐⭐ | B0DQCZFQVZ |
| 55 | https://www.amazon.com/sp?ie=UTF8&seller=A1J6YPBWCLNMX8 | fuzhoushichangmiaofangzhikejiyouxiangongsi | B0G43Y5D6R |
| 56 | https://www.amazon.com/sp?ie=UTF8&seller=AS4YOCU6K0PSM | GEJINTAO | B0DYY3H319 |
| 57 | https://www.amazon.com/sp?ie=UTF8&seller=A1WV9JSM8UN59N | gengxiaolong | B0F1YKJ1X3 |
| 58 | https://www.amazon.com/sp?ie=UTF8&seller=A14ZEW951SETMY | GFTHKL-US | B0DQDY13KV |
| 59 | https://www.amazon.com/sp?ie=UTF8&seller=APENHDPIRP6PQ | guangzhouchengyingshangmao | B0FSL54JWP |
| 60 | https://www.amazon.com/sp?ie=UTF8&seller=A1P3PHJ60UBLNZ | GuangZhouHengQuanMaoYi | B0F2458VT5 |
| 61 | https://www.amazon.com/sp?ie=UTF8&seller=A3H8J3FAJ69LB1 | guangzhouhuaihong | B0FR8LYK6D |
| 62 | https://www.amazon.com/sp?ie=UTF8&seller=A1DII8AEUE9N8J | guangzhoumengzhumaoyiyouxiangongsi | B0G7Y6J9C2 |
| 63 | https://www.amazon.com/sp?ie=UTF8&seller=AL80VU75TYIRD | guangzhouqiangkunwangluokejiyouxiangongsi | B0F6D6XS43 |
| 64 | https://www.amazon.com/sp?ie=UTF8&seller=A1QG4YCUKO3ION | guangzhouxianyan | B0FDKXD5PD |
| 65 | https://www.amazon.com/sp?ie=UTF8&seller=A2V6AHYHQ19HC1 | guangzhouyiqingmaoyi | B0FYX3HC57 |
| 66 | https://www.amazon.com/sp?ie=UTF8&seller=A2U8TZZC1LXFS0 | guangzhouzhanshi | B0FND8JMDB |
| 67 | https://www.amazon.com/sp?ie=UTF8&seller=A19GHRZF4IZY0C | guchengxianzhaohengshangmaoyouxiangongsi | B0FNMCTH1X |
| 68 | https://www.amazon.com/sp?ie=UTF8&seller=AAVKI4LWCNOQ4 | GuiZhouQueMeiDianZiShangWuYouXianGongSi | B0G2LFN88F |
| 69 | https://www.amazon.com/sp?ie=UTF8&seller=A19NB46M54LNP9 | GUIZHOUXIULIBAIHUOXIAOSHOUYOUXIANGONGSI | B0G1HFSVFY |
| 70 | https://www.amazon.com/sp?ie=UTF8&seller=A1MSZFY5T45MT5 | GuoChengKe-us | B0DMNML1KR |
| 71 | https://www.amazon.com/sp?ie=UTF8&seller=A1DN4FI7QHJOF9 | gvygvhfbdvfbv | B0G2G9VLL6 |
| 72 | https://www.amazon.com/sp?ie=UTF8&seller=A36UG19ALTGSA3 | hangzhouchenghaiyizhujianzhushejiyouxiangongsi | B0GRV3C2RX |
| 73 | https://www.amazon.com/sp?ie=UTF8&seller=A2D24FYJTZTQ2H | hanyitengdianzishangwuyouxiangongsi | B0FCG38ZSB |
| 7 | https://www.amazon.com/sp?ie=UTF8 | HAODESHANGMAOCHENG | B0FH2H |

| | | |
|---|---|---|
| 74 | F8&seller=A1QVOT3MXFYDM3 | 425H |
| 75 | https://www.amazon.com/sp?ie=UTF8&seller=AT78FZHCDM5XO | haotao | B0BWJMHL3K |
| 76 | https://www.amazon.com/sp?ie=UTF8&seller=A16T2H1S87OT6G | happynine | B0FV8GQ4J1 |
| 77 | https://www.amazon.com/sp?ie=UTF8&seller=AG7QC6P39SETB | hedianzishangwuyouxia15965612 | B0DKC8VR7H |
| 78 | https://www.amazon.com/sp?ie=UTF8&seller=A3UNT0NL83T14P | HEGUIXIAODIAN | B0GK22H9N1 |
| 79 | https://www.amazon.com/sp?ie=UTF8&seller=A32540UE81YEFK | Household goods club | B0GQSVB242 |
| 80 | https://www.amazon.com/sp?ie=UTF8&seller=A5LZMG9PJ33FZ | HTRYTEE | B0F1L1KWN4 |
| 81 | https://www.amazon.com/sp?ie=UTF8&seller=AP0N9TXK6OFJW | huaianyuxijiashangmaoyouxiangongsi | B0FS3CGZ6H |
| 82 | https://www.amazon.com/sp?ie=UTF8&seller=A3S6KSXZ6GV6H4 | Huishige | B0G3ZXDKYW |
| 83 | https://www.amazon.com/sp?ie=UTF8&seller=A3M728PDPHMULZ | humenyangdanyishangmaoyouxiangongsi | B0CPHQ1NKP |
| 84 | https://www.amazon.com/sp?ie=UTF8&seller=A248IUR40FUD8C | ianlichaoshi(7-15 Days Delivery） | B0FR9995P4 |
| 85 | https://www.amazon.com/sp?ie=UTF8&seller=A16GG024VXZVBB | IFiwin | B0CSFGZ6DC |
| 86 | https://www.amazon.com/sp?ie=UTF8&seller=A1IVAUJADUUIZL | Ink Tonor Tech Store | B0F299FVJ3 |
| 87 | https://www.amazon.com/sp?ie=UTF8&seller=A3DZZ06TQUH3X5 | IUI Beauty Official -US | B0DXQBJ61L |
| 88 | https://www.amazon.com/sp?ie=UTF8&seller=A2PD7FXAF9D0QZ | jiangxijinlanshizhengyuanlingongchengyouxiangongsi | B0GCRDTYXT |
| 89 | https://www.amazon.com/sp?ie=UTF8&seller=A1CKQ6A41ENZM8 | jiaozuoyoutewangluokejiyouxiangongsi | B0GQZW5TJ5 |
| 90 | https://www.amazon.com/sp?ie=UTF8&seller=A2KQ2GN2J36L0M | JiaRui Direct | B0FZ5RCQLK |
| 91 | https://www.amazon.com/sp?ie=UTF8&seller=A7A7MZE8EAZLL | JiNanYuYiJiXieYouXianGongSi | B0FVMFMXJJ |
| 92 | https://www.amazon.com/sp?ie=UTF8&seller=APDQUHS5TZJ7J | JinChengWuLiuGongSi-US | B0FGNSQ1JN |
| 93 | https://www.amazon.com/sp?ie=UTF8&seller=A3IB0J4WAQR41U | JinJiaZhuangShi-US(Fast Delivery 7-14 Days) | B0GD8762HT |
| 94 | https://www.amazon.com/sp?ie=UTF8&seller=A16U4U6MMM1ABJ | jinzed2 | B0G8JRMGKJ |
| 95 | https://www.amazon.com/sp?ie=UTF8&seller=A2QTJMCNGO4WL3 | JJXIEOWE | B0F8HWQPGS |

| | | | |
|---|---|---|---|
| 96 | https://www.amazon.com/sp?ie=UTF8&seller=AWF9Q24H8EM3O | Kep1ya | B0FS21VSSL |
| 97 | https://www.amazon.com/sp?ie=UTF8&seller=A50X5F3AK6LLB | kofhbvwubsjdhgkahfjhr | B0G2XGBYH5 |
| 98 | https://www.amazon.com/sp?ie=UTF8&seller=A2SBAKIOCUHWJ | KYUHTGUS | B0FK53W7KQ |
| 99 | https://www.amazon.com/sp?ie=UTF8&seller=AOTYRE53H8JJU | LANSHANCUNSHANG （7-14 days delivery） | B0G2HLK17R |
| 100 | https://www.amazon.com/sp?ie=UTF8&seller=A1ZUCJ2B116OIP | LCWONE-Franchise Store | B0GMH5YNQW |
| 101 | https://www.amazon.com/sp?ie=UTF8&seller=AKG29R1DY5FUE | leehoon | B0B3W23NPT |
| 102 | https://www.amazon.com/sp?ie=UTF8&seller=A3NMEIHKBJ3VH6 | LeLeYuan | B0G44KJTL2 |
| 103 | https://www.amazon.com/sp?ie=UTF8&seller=A8U30W0ILHJUG | LGZQH-US | B0F9NNJCRC |
| 104 | https://www.amazon.com/sp?ie=UTF8&seller=A3RCP84HBL1RX2 | liangyuxian SHOP | B0FN4LFLRK |
| 105 | https://www.amazon.com/sp?ie=UTF8&seller=A3ID9MET49PEUB | Linglishangmao | B0FGNR1QGF |
| 106 | https://www.amazon.com/sp?ie=UTF8&seller=AKFWO67AY2GKW | Liu Hao 2024 | B0FB8V9PXN |
| 107 | https://www.amazon.com/sp?ie=UTF8&seller=A19GX53CN0YA5D | LiuYuanYuansdfsfr | B0GGR1R94M |
| 108 | https://www.amazon.com/sp?ie=UTF8&seller=A1R5DPA9SHHQKL | liyudan | B0DPX7KH37 |
| 109 | https://www.amazon.com/sp?ie=UTF8&seller=A2LB055TZ69VPV | M GROTE SHOP | B0FPRD5ZGW |
| 110 | https://www.amazon.com/sp?ie=UTF8&seller=A317WQ273C1YRE | MAE3DUB248 | B0DSW679N5 |
| 111 | https://www.amazon.com/sp?ie=UTF8&seller=A29QU13AYWSDUR | maningxianbaihuoshangmao | B0GRT1BS2M |

| | | | |
|---|---|---|---|
| 112 | https://www.amazon.com/sp?ie=UTF8&seller=A204YIBI9RJ9DC | maxiangenshangmao | B0G5G5DQLV |
| 113 | https://www.amazon.com/sp?ie=UTF8&seller=A9PPCF5DDKYRD | minminDM | B0BW38K4YS |
| 114 | https://www.amazon.com/sp?ie=UTF8&seller=A1C6CC9UYA01YS | miyangxianchungengzhongzhiyouxiangongsi | B0GRRRK526 |
| 115 | https://www.amazon.com/sp?ie=UTF8&seller=A24DJUPAEN8K6Q | NanKanHui | B0FV8CBKSW |
| 116 | https://www.amazon.com/sp?ie=UTF8&seller=AH1M4K2UKERF0 | neimenggusuyingshangmaoyouxiangongsi | B0G92BZKN9 |
| 117 | https://www.amazon.com/sp?ie=UTF8&seller=A3DY2TKIYCEC21 | nianlingqiaoldjejr | B0G3NN9VQG |
| 118 | https://www.amazon.com/sp?ie=UTF8&seller=A3QALX9PNH367Z | Opulent Chen | B0FNR9MK78 |
| 119 | https://www.amazon.com/sp?ie=UTF8&seller=ARL2NMOX7UTYD | Ozempeak-Patch US | B0FS118SN3 |
| 120 | https://www.amazon.com/sp?ie=UTF8&seller=ACPICJJGWHAOP | PengMuLansdfcd | B0GL34SC41 |
| 121 | https://www.amazon.com/sp?ie=UTF8&seller=A25ORII2O59KRM | P-HE56 | B0BZ868FP7 |
| 122 | https://www.amazon.com/sp?ie=UTF8&seller=A2MW3QY78RKGVU | Pipi Tea | B0GJKCKC59 |
| 123 | https://www.amazon.com/sp?ie=UTF8&seller=A7BW1DXEQYDJT | PRDTLMY | B0FXGCR7SP |
| 124 | https://www.amazon.com/sp?ie=UTF8&seller=AX1SUPBGV9N42 | qinzhengyu1 | B0G4CS49VB |
| 125 | https://www.amazon.com/sp?ie=UTF8&seller=A1WG33IN47L223 | qujixiaopu | B0FX2ZMYW5 |

| | | |
|---|---|---|
| 126 | https://www.amazon.com/sp?ie=UTF8&seller=A2XBWEMLTSEUCW | Royfeele | B0G8LS9VP9 |
| 127 | https://www.amazon.com/sp?ie=UTF8&seller=A1VLNA23IIC30P | RuiHongJian-US(Fast Delivery 7-14 Days) | B0G1YN5ZLB |
| 128 | https://www.amazon.com/sp?ie=UTF8&seller=A1NFTURIXYDI2J | Shanghangxianjiekadianshangyouxiangongsi | B0FD9D2VZS |
| 129 | https://www.amazon.com/sp?ie=UTF8&seller=A3QHNN2VIMKRB3 | shangxin(beijing)kejiyouxiangongsi | B0G5NWWYNY |
| 130 | https://www.amazon.com/sp?ie=UTF8&seller=A2ILK4A37X6NP1 | ShanXiCheXingYiDaYouYouLeXinNengYuanQiCheYongPinYouXianGongSi | B0GD79HGR2 |
| 131 | https://www.amazon.com/sp?ie=UTF8&seller=A10INC860K92B6 | shanxijintengliangcangshipinyouxiangongsi | B0G34C3N96 |
| 132 | https://www.amazon.com/sp?ie=UTF8&seller=A16M2U6GW31CW0 | shihelongjingpin | B0GJTPJ7GM |
| 133 | https://www.amazon.com/sp?ie=UTF8&seller=AR01MQDF8FDIS | shungongh | B0GCMRHLY9 |
| 134 | https://www.amazon.com/sp?ie=UTF8&seller=ASQY2XC8VA1RZ | Shuoleifeng | B0DJP3439S |
| 135 | https://www.amazon.com/sp?ie=UTF8&seller=A2P0YGJXVMY3ZR | SLADPOEM Store | B0FRLN5B4M |
| 136 | https://www.amazon.com/sp?ie=UTF8&seller=A3R5G31EZ4GHGV | SP Authorized specialty store | B0FPF2XF6N |
| 137 | https://www.amazon.com/sp?ie=UTF8&seller=A1NP1NCUJC707Y | SpiritLeap | B0FNWJM828 |
| 138 | https://www.amazon.com/sp?ie=UTF8&seller=A2FVLTLGMT34QB | SQURAD | B0FLQFCHZ7 |
| 139 | https://www.amazon.com/sp?ie=UTF8&seller=A3HYVG2CABF0U4 | ssnnakoo shop | B0FYFL481M |
| 1 | https://www.amazon.com/sp?ie=UT | SummitSquad | B0GN2 |

| | | |
|---|---|---|
| 140 | F8&seller=A3CYC8O2IPXLC3 | YHBLM |
| 141 | https://www.amazon.com/sp?ie=UTF8&seller=A2IHT3JUXNYZ4V | sunjinhuan-US(Fast Delivery 7-14 Days) | B0G2H9JR2S |
| 142 | https://www.amazon.com/sp?ie=UTF8&seller=A4RVB5OGPYCL3 | SunPing34QA | B0FP9FVGDR |
| 143 | https://www.amazon.com/sp?ie=UTF8&seller=A365SAI6USBEOO | Sutocp Office | B0BPLT97L2 |
| 144 | https://www.amazon.com/sp?ie=UTF8&seller=A29J1DZ7ILEPC7 | SYSMSY | B0CYSJTFD9 |
| 145 | https://www.amazon.com/sp?ie=UTF8&seller=A1JFWCSWR3BF7T | TAIYUANCHUNYIANGRANWANGLUOKEJIYOUXIANGONGSI | B0F1MW84MK |
| 146 | https://www.amazon.com/sp?ie=UTF8&seller=A1050CP10904G2 | tianhuadedian | B0G51V9GGB |
| 147 | https://www.amazon.com/sp?ie=UTF8&seller=A1D4TNE1FGNG7O | Tingshoting | B0BY81Z138 |
| 148 | https://www.amazon.com/sp?ie=UTF8&seller=A1P1ZPWAEDNZWG | Tom Dahl Company | B0DT1B24FK |
| 149 | https://www.amazon.com/sp?ie=UTF8&seller=AR07PNJSO5WUB | Trendy TroveStore | B0DRPJX5T6 |
| 150 | https://www.amazon.com/sp?ie=UTF8&seller=AW0BV16QK79BZ | true nutra | B0GHMR267Y |
| 151 | https://www.amazon.com/sp?ie=UTF8&seller=A1XDEDDLPSBG9X | ts Store(7-15 days delivery) | B0DYZV1FQ6 |
| 152 | https://www.amazon.com/sp?ie=UTF8&seller=A2LRIOXXUT3SDC | TT-AAUS | B0F9TCPXCN |
| 153 | https://www.amazon.com/sp?ie=UTF8&seller=AYXZ87WAOJ616 | WANDERLUST Goods | B0GKV58MJL |
| 15 | https://www.amazon.com/sp?ie=UTF8&seller=A33LBHSA2W231E | WangSiJinsdfvcsdd | B0GGRFXPD9 |

| | | |
|---|---|---|
| 154 | | |
| 155 | https://www.amazon.com/sp?ie=UTF8&seller=AOER5YXD1TTX8 | wanxinqie | B0G1C6DY7K |
| 156 | https://www.amazon.com/sp?ie=UTF8&seller=A3G1UIPZ40KA1W | wenbaimaoyi | B0FRMNZGJ1 |
| 157 | https://www.amazon.com/sp?ie=UTF8&seller=A3KH3669I5414X | wenyingdongjun | B0FH14JXXL |
| 158 | https://www.amazon.com/sp?ie=UTF8&seller=A1U5N67U7M59ST | WLLZX | B0CQLWWVHH |
| 159 | https://www.amazon.com/sp?ie=UTF8&seller=AB72EYLK7NS7O | wontaoo | B0DXPTFKMK |
| 160 | https://www.amazon.com/sp?ie=UTF8&seller=A2V21RA5GKN12V | WQXn63 | B0G58T6LTD |
| 161 | https://www.amazon.com/sp?ie=UTF8&seller=A1Y4EHQNIGM6KH | WSJZRM-US | B0DWN5H17D |
| 162 | https://www.amazon.com/sp?ie=UTF8&seller=A2YM87B0XJ6ZCS | Wsrtiuyn - US | B0DHBYKLJR |
| 163 | https://www.amazon.com/sp?ie=UTF8&seller=A3RQ41CYXR4PQS | wyjsh | B0DXNYLHJS |
| 164 | https://www.amazon.com/sp?ie=UTF8&seller=A2PY3805I12XYC | WYY Shop | B0FQ2M7DNT |
| 165 | https://www.amazon.com/sp?ie=UTF8&seller=A11FMU1TSWSDL8 | xiamenleesa | B0FQBY6ZZF |
| 166 | https://www.amazon.com/sp?ie=UTF8&seller=A3UW4UA49NPCTR | xiaode4561230 | B0FNWSR7SS |
| 167 | https://www.amazon.com/sp?ie=UTF8&seller=A3J10XXZZFHDBN | xinhuaxiancenyushangmaoyouxiangongsi | B0DNSKXJT4 |
| 168 | https://www.amazon.com/sp?ie=UTF8&seller=A117GU4KV7ZYD0 | XinZhaoLinsfcsdgv | B0GHF6VW2H |

| | | | |
|---|---|---|---|
| 169 | https://www.amazon.com/sp?ie=UTF8&seller=AGX4QAOZLGNJQ | xiuyuechengv | B0FZJ4N77C |
| 170 | https://www.amazon.com/sp?ie=UTF8&seller=A2TLRB9R0HDW9F | Xiyishangmaoyouxiangongsi | B0FSVTQV52 |
| 171 | https://www.amazon.com/sp?ie=UTF8&seller=A11Q0XA6TGX65N | XuXshao | B0G71QBK74 |
| 172 | https://www.amazon.com/sp?ie=UTF8&seller=A31I0IV7BU2IAS | YANBIN SHAN | B0FRNRT585 |
| 173 | https://www.amazon.com/sp?ie=UTF8&seller=A5TYC9JXLT3H7 | YdmmSHOP | B0G58PRHFG |
| 174 | https://www.amazon.com/sp?ie=UTF8&seller=A2G3E5H22M9PXI | yelidsfcsd | B0FHH76DLY |
| 175 | https://www.amazon.com/sp?ie=UTF8&seller=A384RA7ZQGQ0I7 | YFHMBFY | B0F8T2C31S |
| 176 | https://www.amazon.com/sp?ie=UTF8&seller=AKWA68M5EXZ9A | yifengnanashangmao | B0G5WFWK5S |
| 177 | https://www.amazon.com/sp?ie=UTF8&seller=A2KUG5SXZEDVLK | yiYLnimH | B0G4MG6RLF |
| 178 | https://www.amazon.com/sp?ie=UTF8&seller=A1X1QBMVTG6C0D | YONGJIQINGHONGKEJI | B0FCSJDNDD |
| 179 | https://www.amazon.com/sp?ie=UTF8&seller=A2FYU5SSIM9QIH | yongxinxianhehaonongyefazhanyouxiangongsi | B0FSYF7T92 |
| 180 | https://www.amazon.com/sp?ie=UTF8&seller=A2XP2XKB3KCU4J | YQSL(7-14 Days Delivery) | B0FS26HSQ6 |
| 181 | https://www.amazon.com/sp?ie=UTF8&seller=A2UJJ4R8LF7UHG | yudamay | B0FXWZYYD4 |
| 182 | https://www.amazon.com/sp?ie=UTF8&seller=A1LP5NM1O6SL52 | Yue Mei Architecture | B0GL7G61QJ |
| 1 | https://www.amazon.com/sp?ie=UTF8 | yuerlll | B0FNL |

| | | |
|---|---|---|
| 183 | F8&seller=AH7M2G0C9GA3 | GTWZS |
| 184 | https://www.amazon.com/sp?ie=UTF8&seller=A1O6ZUMBMNLWY8 | Zeharistagui | B0F8J4YLT6 |
| 185 | https://www.amazon.com/sp?ie=UTF8&seller=A2YE8SQK7CA280 | ZEYIYA LLC | B0GKGDKKG2 |
| 186 | https://www.amazon.com/sp?ie=UTF8&seller=A17JNRMCA02J3G | zhangdongBUNE | B0G6F8Q1DL |
| 187 | https://www.amazon.com/sp?ie=UTF8&seller=A2J1EACPEDPCL | ZhangFansfcrfdvg | B0GGB9X1GF |
| 188 | https://www.amazon.com/sp?ie=UTF8&seller=A2E01GK3WXLVAE | ZhangHaoMinfcsdfsd | B0GC74RQM7 |
| 189 | https://www.amazon.com/sp?ie=UTF8&seller=A1LDR1NQJDTRXP | ZhangJiaS | B0FQ25TRZ4 |
| 190 | https://www.amazon.com/sp?ie=UTF8&seller=A3UD3J4JB0M2NJ | ZhangJiYanfdgd | B0GJPSD9QG |