**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Chunhua Li,<br><br>Plaintiff,<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule "A",<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-04472<br><br>Judge Joan H. Lefkow<br><br>Magistrate Judge Heather K. McShain |

## CONSENT JUDGMENT

This action having been commenced by Plaintiff Chunhua Li ("Plaintiff") against defendants identified on Exhibit A ("Defendants"). Plaintiff and Defendants have resolved all claims arising from the allegations in the Complaint.

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defendants since Defendants directly target its business activities towards consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "Plaintiff's Mark") (the "Counterfeit Products") to residents of Illinois. Plaintiff's Mark is included in the below chart.

| Registration Number | Trademark |
|---|---|

| | |
|---|---|
| No. 6,261,932 | yiranguwo |

THIS COURT FURTHER FINDS that Defendant is liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that:

1. Defendants, the officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under or in active concert with it be permanently enjoined and restrained from:

a. using the Plaintiff's Mark or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Stussy product or not authorized by Plaintiff to be sold in connection with the Plaintiff's Mark;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff's Mark;

c. committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing the Plaintiff's Mark; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff's, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the Plaintiff's Mark.

2. Pursuant to the parties' settlement agreement, Defendants shall pay Plaintiff the amount identified in Exhibit A as damages (the "Damages Amount").

3. Amazon.com, Inc ("Amazon") is ordered to transfer the Damages Amount from Defendants' account to Plaintiff within seven (7) calendar days of receipt of this Order.

4. This case is dismissed with leave to reinstate within one hundred and eighty (180) days, at such time, absent a motion to reinstate, shall automatically convert to a dismissal with prejudice.

5. Each party shall bear its own attorney's fees and costs.

DATE: July 17, 2026

Joan H. Lefkow
United States District Judge

# EXHIBIT A

| Seller Name | Seller ID | Total Settlement Funds to be Transferred to us |
|---|---|---|
| HEGUIXIAODIAN | A3UNT0NL83T14P | $1,800 |
| JJXIEOWE | A2QTJMCNGO4WL3 | $1,500 |
| yelidsfcsd | A2G3E5H22M9PXI | $1,400 |
| zhangyanansdw | A30NN4IJ63ND6D | $1,000 |
| ZhangFansfcrfdvg | A2J1EACPEDPCL | $400 |
| Yue Mei Architecture | A1LP5NM1O6SL52 | $1,300 |
| LiuYuanYuansdfsfr | A19GX53CN0YA5D | $1,100 |
| guchengxianzhaohengshangmaoyouxiangongsi | A19GHRZF4IZY0C | $2,500 |
| P-HE56 | A25ORII2O59KRM | $1,800 |
| Tingshoting | A1D4TNE1FGNG7O | $1,000 |
| KYUHTGUS | A2SBAKIOCUHWJ | $1,800 |
| guangzhouyiqingmaoyi | A2V6AHYHQ19HC1 | $2,600 |
| xiamenleesa | A11FMU1TSWSDL8 | $1,500 |
| Cute BloxBag Shop | A2L8ASV1VN7WSC | $2,100 |
| haotao | AT78FZHCDM5XO | $1,200 |
| Linglishangmao | A3ID9MET49PEUB | $1,100 |
| guangzhouhuaihong | A3H8J3FAJ69LB1 | $1,300 |
| wenbaimaoyi | A3G1UIPZ40KA1W | $1,100 |
| yudamay | A2UJJ4R8LF7UHG | $1,500 |
| jinzed2 | A16U4U6MMM1ABJ | $2,600 |
| Huishige | A3S6KSXZ6GV6H4 | $900 |
| liyudan | A1R5DPA9SHHQKL | $1,700 |
| WYY Shop | A2PY3805I12XYC | $1,100 |
| MAE3DUB248 | A317WQ273C1YRE | $2,000 |

| | | |
|---|---|---|
| GuoChengKe-us | A1MSZFY5T45MT5 | $1,000 |
| GEJINTAO | AS4YOCU6K0PSM | $1,300 |
| DEWHXSJ | ASV80WSG1HJBJ | $2,200 |
| EPVGWRUY | AHJ60V8BVWWA0 | $1,300 |
| guangzhouxianyan | A1QG4YCUKO3ION | $1,900 |
| GuangZhouHengQuanMaoYi | A1P3PHJ60UBLNZ | $2,800 |
| guangzhouqiangkunwangluokejiyouxiangongsi | AL80VU75TYIRD | $2,600 |
| fubinjingpindian | A3ICUHQJPMCOH7 | $1,900 |
| ZHOUyang | A8IL13PFGHO3C | $3,300 |
| gengxiaolong | A1WV9JSM8UN59N | $3,000 |
| WQXn63 | A2V21RA5GKN12V | $3,000 |
| Kep1ya | AWF9Q24H8EM3O | $2,900 |
| Wsrtiuyn - US | A2YM87B0XJ6ZCS | $3,400 |
| ZhangJiaS | A1LDR1NQJDTRXP | $3,600 |
| wontaoo | AB72EYLK7NS7O | $2,600 |
| Trendy TroveStore | AR07PNJSO5WUB | $1,700 |
| leehoon | AKG29R1DY5FUE | $2,200 |
| wyjsh | A3RQ41CYXR4PQS | $2,800 |
| yifengnanashangmao | AKWA68M5EXZ9A | $1,000 |
| ZhiDongHua | A2QJK754UEILE8 | $1,500 |
| GuiZhouQueMeiDianZiShangWuYouXianGongSi | AAVKI4LWCNOQ4 | $1,400 |
| maxiangenshangmao | A204YIBI9RJ9DC | $3,200 |
| tianhuadedian | A1050CP10904G2 | $1,100 |
| guangzhoumengzhumaoyiyouxiangongsi | A1DII8AEUE9N8J | $2,400 |
| kofhbvwubsjdhgkahfjhr | A50X5F3AK6LLB | $2,600 |
| JinChengWuLiuGongSi-US | APDQUHS5TZJ7J | $3,400 |

| | | |
|---|---|---|
| ChangXinYuanGongCheng-US(Fast Delivery 7-14 Days) | A344TM0CVXJHXQ | $3,600 |
| YONGJIQINGHONGKEJI | A1X1QBMVTG6C0D | $3,500 |
| JinJiaZhuangShi-US(Fast Delivery 7-14 Days) | A3IB0J4WAQR41U | $2,100 |
| HAODESHANGMAOCHENG | A1QVOT3MXFYDM3 | $2,100 |
| sunjinhuan-US(Fast Delivery 7-14 Days) | A2IHT3JUXNYZ4V | $2,400 |
| RuiHongJian-US(Fast Delivery 7-14 Days) | A1VLNA23IIC30P | $2,400 |
| NanKanHui | A24DJUPAEN8K6Q | $1,500 |
| ZXNLZX-US | A3PMWEQFB8O5MH | $1,300 |
| GFTHKL-US | A14ZEW951SETMY | $2,900 |
| YQSL(7-14 Days Delivery) | A2XP2XKB3KCU4J | $2,700 |
| chenzihaoSSX | A1Y5ISYU6TKJ66 | $1,700 |
| ZhouKouShiYingLiShangMaoYouXianGongSi | AD57DLEY6X5CZ | $1,800 |
| fuzhoushichangmiaofangzhikejiyouxiangongsi | A1J6YPBWCLNMX8 | $1,800 |
| yongxinxianhehaonongyefazhanyouxiangongsi | A2FYU5SSIM9QIH | $2,400 |
| huaianyuxijiashangmaoyouxiangongsi | AP0N9TXK6OFJW | $1,300 |
| humenyangdanyishangmaoyouxiangongsi | A3M728PDPHMULZ | $1,200 |
| TT-AAUS | A2LRIOXXUT3SDC | $1,800 |
| liangyuxian SHOP | A3RCP84HBL1RX2 | $2,200 |
| donglianaSHOP | AB6Z20QBLV0W3 | $3,300 |
| zhuwangjinjingpin | A1TZE1FXVM1ESU | $2,000 |
| YANBIN SHAN | A31I0IV7BU2IAS | $2,400 |

| | | |
|---|---|---|
| belief21 | A1Q9N34E4ASI61 | $3,300 |
| SunPing34QA | A4RVB5OGPYCL3 | $1,300 |
| Shanghangxianjiekadianshangyouxiangongsi | A1NFTURIXYDI2J | $800 |
| CHUNZHIYIWANGLUOKEJIYOUXIANGONGSI | A2KP55DQFXGZ5 | $2,000 |
| TAIYUANCHUNYIANGRANWANGLUOKEJIYOUXIANGONGSI | A1JFWCSWR3BF7T | $3,800 |
| shihelongjingpin | A16M2U6GW31CW0 | $2,000 |
| true nutra | AW0BV16QK79BZ | $3,000 |
| shanxijintengliangcangshipinyouxiangongsi | A10INC860K92B6 | $3,000 |
| WANDERLUST Goods | AYXZ87WAOJ616 | $3,500 |
| ★★★★★★WL | A383S238OX11M2 | $3,500 |
| AMITAYUS | A1CGL0BEQE2ATV | $3,000 |
| xiuyuechengv | AGX4QAOZLGNJQ | $1,000 |
| XuXshao | A11Q0XA6TGX65N | $1,000 |
| babidi | A17CV3V2EY0MCE | $1,000 |
| bijuguoshangmao | A2394ZPYA46PCO | $2,500 |
| miyangxianchungengzhongzhiyouxiangongsi | A1C6CC9UYA01YS | $3,800 |
| Beijing Tengfengtaixiang Trading Co., Ltd. | APS708164F4HG | $2,500 |
| Ozempeak-Patch US | ARL2NMOX7UTYD | $3,800 |
| CCQ International Trade Co., Limited | A32PL7A5AD63IW | $3,000 |
| happynine | A16T2H1S87OT6G | $1,500 |
| shungongh | AR01MQDF8FDIS | $3,800 |
| 溪晟精品店 | A3SOGRLELNYQAO | $2,000 |

| | | |
|---|---|---|
| Floating store | A1UYXDFYVFUDF1 | $2,000 |
| Liu Hao 2024 | AKFWO67AY2GKW | $3,700 |
| WSJZRM-US | A1Y4EHQNIGM6KH | $2,500 |
| ssnnakoo shop | A3HYVG2CABF0U4 | $900 |
| Ink Tonor Tech Store | A1IVAUJADUUIZL | $2,500 |
| Sutocp Office | A365SAI6USBEOO | $2,500 |
| C-Printer Accessories | AF6M4L7L4KOE6 | $2,500 |